IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


PHILLIP DEWAYNE STEWART                                    PLAINTIFF

v.                        Case No. 13-06138

RAY HOBBS; R. NAYLOR;
M.D. REED; TONY McHAN;
R. GUY; J. TALAMANTEZ;
HAYNIE GULLEY; B. HOLLIMAN;
SGT. WHITTINGTON; and SHINN KORWES                         DEFENDANTS


**ORDER**

Now on this 24th day of November, 2014, there comes on for consideration the report and recommendation (Doc. 56) filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  No timely, specific objections were filed to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety, with the following correction to the first sentence:  This case was filed by Plaintiff Phillip Dewayne Stewart on November 14, 2013.

Accordingly, Plaintiff's Motion to Dismiss (Doc. 48) is GRANTED, and Plaintiff's claims against Separate Defendants McHan, Holliman, Whittington, and Shinn Korwes are DISMISSED WITHOUT PREJUDICE.

Page 2 of 2

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge